FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RONNIE LEE,<br>          Petitioner,<br><br>v.<br><br>MATTHEW MARTEL, WARDEN, et al.<br><br>          Respondent. | No. CV 07-5610 JVS (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing this action with prejudice as time-barred.

DATED: _____8-12-08_____

_____
JAMES V. SELNA
United States District Judge