UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONNIE LEE,<br>                Petitioner,<br><br>    v.<br><br>MATTHEW MARTEL, WARDEN, et al.<br><br>                Respondent. | No. CV 07-5610 JVS (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: _____8·12.08_____

                                         JAMES V. SELNA
                                       United States District Judge